Defendant was sentenced to pay a fine of $25 or to serve 10 days. The fine was paid. The proof fails to establish the guilt of the defendant beyond a reasonable doubt. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

In the Matter of 455 WEST 42ND ST. CORP., Petitioner, against NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Determination unanimously confirmed and the petition dismissed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK CORSETTI, Appellant.— Judgment of conviction unanimously reversed, on the law and on the facts, and the information dismissed. Defendant was convicted in the Court of Special Sessions of the City of New York, on two counts, of the misdemeanors of criminally buying and receiving stolen property and criminally concealing and withholding stolen property (Penal Law, § 1308), respectively. Defendant was acquitted on a count charging petit larceny. He was sentenced as a youthful offender to the New York City Reformatory. Such adjudication cannot be made unless it be found that the defendant so adjudged has committed a crime. (Code Crim. Pro., § 913-e; People v. Shannon, 1 A D 2d 226, affd. 2 N Y 2d 792.) The property in question was cigars and cigarettes alleged to have been stolen from a grocery store. The fact that the property in question was stolen by someone is an essential element of the crimes with which defendant is charged. (People v. Walker, 198 N. Y. 329; People v. Matthews, 6 A D 2d 786.) In our opinion the proof failed to establish beyond a reasonable doubt that the cigars and cigarettes in question were stolen. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD GRIFFIN, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Bergan, JJ.

C. GERARD DODGE v. FREDERICK W. RICHMOND.— Motion for an order discharging the surety on its undertaking on appeal, grounded on an order of this court reversing the judgment appealed from on the law and on the facts and directing a new trial, denied, without prejudice to the making of an application to the Court of Appeals for the same relief pursuant to section 599-a of the Civil Practice Act. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

THOMAS BORNSTEIN v. WILBUR G. SILVERMAN et al.— Cross motion by plaintiff-appellant for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

THOMAS BORNSTEIN v. WILBUR G. SILVERMAN et al.— Motion by defendant-respondent for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

GREAT ATLANTIC AND PACIFIC TEA COMPANY et al., v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Stevens, JJ.

FIRST TERRACE GARDENS, INC., Substituted for MASTAN COMPANY v. UNITED MUTUAL FIRE INSURANCE COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

In the Matter of UNIVERSITY PROPERTIES, INC., against ROBERT C. WEAVER, as State Rent Administrator.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.